IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAMEKA SPEED,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 14-0286** |
| v. | : | |
| | : | |
| **WES HEALTH SYSTEM,** | : | |
| **Defendant.** | : | |

### ORDER

This 26th day February of 2015, for the reasons stated in my accompanying memorandum opinion, Defendant's Motion to Dismiss Counts III and V of Plaintiff's Second Amended Complaint, Plaintiff's federal and state claims for retaliation, is **DENIED**.

                                                  /s/ Gerald Austin McHugh
                                        United States District Court Judge